UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-80544-REINHART

TINISHA TOLBERT,

                Plaintiff,

v.

THE SCHOOL BOARD OF
PALM BEACH COUNTY, FLORIDA, et al.,

                Defendants.
_____/

## PROCEDURE FOR OPTING-OUT OF MAGISTRATE JUDGE JURISDICTION

      Pursuant to Administrative Order 2025-11 of the Southern District of Florida, the undersigned United States Magistrate Judge has been assigned as the presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and final judgment. The Administrative Order permits any party to object to Magistrate Judge jurisdiction "by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge." If any party files a motion for case reassignment, a United States District Judge will be assigned to preside over this case and enter any dispositive order and final judgment, but the matter may be referred to the undersigned United States Magistrate Judge for a Report and Recommendation.

      **WHEREFORE, i**f the *pro se* Plaintiff objects to Magistrate Judge jurisdiction,

the *pro se* Plaintiff must, within **fourteen (14) days** from the date of this Order, file a motion for case reassignment asking to have the case randomly reassigned to a District Judge. A sample format of the motion for case reassignment is attached as Appendix 1. **If the *pro se* Plaintiff does not file a motion for case reassignment within fourteen (14) days from the date of this Order, the Plaintiff will be deemed to have consented to Magistrate Judge jurisdiction.**

Once the Complaint is served, the Defendant will have the option to object to Magistrate Judge jurisdiction. If the Defendant objects, the case will be reassigned to a United States District Judge.

**Please note: the filing of a motion or response without first filing a timely motion for case reassignment may be deemed as consent to Magistrate Judge jurisdiction over all aspects of the litigation, including entry of a dispositive order, trial, and entry of final judgment**. *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they ha[ve] been told of their right to be tried by a district judge").

It is up to the *pro se* Plaintiff whether to consent or file a Motion for Case Reassignment. Plaintiff is free to withhold consent without any adverse consequences whatsoever and to request that this case be reassigned to a United States District Judge. If Plaintiff withholds consent, there will be no adverse substantive consequences.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 7th day of May 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

# APPENDIX 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

,

Plaintiff(s),

v.

,

Defendant(s).
_____/

## MOTION FOR CASE REASSIGNMENT

Pursuant to Administrative Order 2025-11, the Plaintiff, hereby respectfully moves for reassignment to a District Court Judge because the Plaintiff does not consent to Magistrate Judge Jurisdiction in this case.

Respectfully submitted,

_____
Signature

_____
Date