AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Tinisha Tolbert on behalf of C.M. and C. M.

*Plaintiff(s)*

v.

The School Board of Palm Beach County, Florida

*Defendant(s)*

Civil Action No. 25CV80544

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Karen Whetsell, 3300 Forest Hill Blvd, West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tinisha Tolbert
7110 Okeechobee Blvd Apt. 6413
West Palm Beach, FL 33411
Email: tinishaetolbert@gmail.com
Phone: 561-356-5007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/20/25

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Tinisha Tolbert on behalf of C.M. and C. M.

*Plaintiff(s)*

v.

The School Board of Palm Beach County, Florida

*Defendant(s)*

Civil Action No. 25cv80544

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The School Board of Palm Beach County
School Board Legal Dept, 3300 Forest Hill Blvd, West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tinisha Tolbert
7110 Okeechobee Blvd Apt. 6413
West Palm Beach, FL 33411
Email: tinishaetolbert@gmail.com
Phone: 561-356-5007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/20/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Tinisha Tolbert on behalf of C.M. and C. M.

)
)
)
)
)
*Plaintiff(s)* )
v. )   Civil Action No. 25CV80544
)
The School Board of Palm Beach County, Florida )
Eugine Feaman, Karen Whetsell, Kim Doyle, )
Gabrielle Chacon Kevin McCormick )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kim Doyle, 3300 Forest Hill Blvd, West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tinisha Tolbert
7110 Okeechobee Blvd Apt. 6413
West Palm Beach, FL 33411
Email: tinishaetolbert@gmail.com
Phone: 561-356-5007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/20/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Tinisha Tolbert on behalf of C.M. and C. M.

*Plaintiff(s)*

v.

Civil Action No. 25CV80544

The School Board of Palm Beach County, Florida
Eugine Feaman, Karen Whetsell, Kim Doyle,
Gabrielle Chacon Kevin McCormick

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gabrielle Chacon, 3300 Forest Hill Blvd, West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tinisha Tolbert
7110 Okeechobee Blvd Apt. 6413
West Palm Beach, FL 33411
Email: tinishaetolbert@gmail.com
Phone: 561-356-5007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/20/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▼

Tinisha Tolbert on behalf of C.M. and C. M.

*Plaintiff(s)*

v.

Civil Action No. 25CV80544

The School Board of Palm Beach County, Florida
Eugine Feaman, Karen Whetsell, Kim Doyle,
Gabrielle Chacon  Kevin McCormick

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin McCormick, 3300 Forest Hill Blvd, West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tinisha Tolbert
7110 Okeechobee Blvd Apt. 6413
West Palm Beach, FL 33411
Email: tinishaetolbert@gmail.com
Phone: 561-356-5007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/20/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Tinisha Tolbert on behalf of C.M. and C. M._____<br>*Plaintiff(s)*<br>v.<br>The School Board of Palm Beach County, Florida Eugine Feaman, Karen Whetsell, Kim Doyle, Gabrielle Chacon Kevin McCormick_____<br>*Defendant(s)* | Civil Action No. 25CV80544 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eugina Smith Feaman, 3300 Forest Hill Blvd, West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tinisha Tolbert
7110 Okeechobee Blvd Apt. 6413
West Palm Beach, FL 33411
Email: tinishaetolbert@gmail.com
Phone: 561-356-5007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/20/25                                                  _____
                                                               *Signature of Clerk or Deputy Clerk*