UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-80544-REINHART

C.M.-1 and C.M.-2, by and through their next
Friend TINISHA TOLBERT,

*Plaintiffs,*

v.

THE SCHOOL BOARD OF PALM BEACH
COUNTY, FLORIDA,

*Defendant.*
_______________________________________/

**AMENDED UNOPPOSED MOTION TO MODIFY ORDER REGARDING PRETRIAL PROCEDURES AND RESETTING TRIAL DATE AND DEADLINES**

Defendant, the School Board of Palm Beach County, Florida, by and through its undersigned counsel, and hereby moves to modify the scheduling order in this case, and in support thereof states as follows:

1. On December 24, 2025, the Court entered its Order Regarding Pretrial Procedures and Resetting Trial Date and Deadlines in this case. See D.E. # 50, January 6, 2026.

2. The Order establishes the deadline for the parties to complete discovery as September 1, 2026; to file dispositive motions by October 1, 2026 and to mediate by November 1, 2026. See D.E. # 50 at p.7.

3. The School Board wishes to take additional depositions and discovery in the case, and requests that the discovery deadline be extended to October 1, 2026. Specifically, the School Board has attempted to depose three witnesses on two different occasions – one was not able to be served for either deposition; another was served and did not appear for the first scheduled deposition but was not served for the second; and a third was served but requested time to obtain

legal representation and documentation from a treating doctor regarding a condition that may affect her testimony. The School Board believes these witnesses may be critical in resolving factual inconsistencies raised by other depositions and discovery in the case with regard to C.M.-2's claim.

4. Inasmuch as the discovery may affect the parties' dispositive motions (including both summary judgment and Daubert motions) and the issues in dispute at mediation, the School Board also requests those deadlines be extended to November 1, 2026 and December 1, 2026 respectively.

5. Counsel for the School Board has conferred with counsel for Plaintiff and Plaintiff has no objection to the relief requested.

6. The proposed extensions would not prejudice any party and do not affect any other pre-trial deadlines.

WHEREFORE, the School Board respectfully requests the Court enter an Order modifying the deadlines set forth in the Court's Order Regarding Pretrial Procedures and Resetting Trial Date and Deadlines, as described above.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2026, a true and correct copy of the foregoing was electronically filed via CM/ECF, which will send notification of such filing to the attorneys of record who are registered as such on the CM/ECF system.

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
Shawntoyia Bernard, Esq., General Counsel
3300 Forest Hill Blvd., Suite C-331
West Palm Beach, FL 33406
Telephone: 561-434-7453
Facsimile: 561-434-8105
jon.bell@palmbeachschools.org
laura.pincus@palmbeachschools.org
martener.senior@palmbeachschools.org
ana.jordan@palmbeachschools.org

By: ___*/s/ Jon Erik Bell*___________
JON ERIK BELL, ESQ.
Fla. Bar No.: 328900
LAURA ESTERMAN PINCUS, ESQ.
Fla. Bar No.: 90018